1  Paul J. Lukas (MN State Bar No. 22084X)
   (admitted *pro hac vice*)
2  lukas@nka.com
   NICHOLS KASTER, PLLP
3  4600 IDS Center
   80 S. 8th Street
4  Minneapolis, MN 55402
   Telephone: 612-256-3200
5  Facsimile: 612-215-6870

6  Attorneys for Plaintiffs
   Additional Counsel Listed on the Following Page
7
   Joan B. Tucker Fife (CA State Bar No. 144572)
8  jfife@winston.com
   Winston & Strawn LLP
9  101 California Street
   San Francisco, CA  94111-5802
10 Telephone: 415-591-1000
   Facsimile: 415-591-1400
11
   Attorneys for Defendants
12 Additional Counsel Listed on the Following Page

13

14                  **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| Angela Salgado, Olaf Winterton, Kristy Lafluer, Sara Barone, Toba Adina, Amanda Taula, and Matthew Harden, on behalf of themselves and classes of those similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-10,<br><br>                    Defendants. | **CASE NO.  2:08-CV-00795-FCD-KJM**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS SARA BARONE AND TOBA ADINA** |

1  Toni J. Jaramilla (CA State Bar No. 174625)
   toni@tjjlaw.com
2  LAW OFFICES OF TONI JARAMILLA
   10100 Santa Monica Blvd, Suite 300
3  Los Angeles, CA 90067
   Telephone: 310-551-3019
4  Facsimile: 310-551-3019

5  Donald H. Nichols (MN State Bar No. 78918)
   nichols@nka.com
6  (admitted *pro hac vice*)
   Charles G. Frohman (MN State Bar No. 0386695)
7  (admitted *pro hac vice*)
   NICHOLS KASTER, PLLP
8  4600 IDS Center
   80 S. 8th Street
9  Minneapolis, MN 55402
   Telephone: 612-256-3200
10 Facsimile: 612-215-6870

11 Jodi L. Collova (CA State Bar No. 261505)
   collova@nka.com
12 NICHOLS KASTER, LLP
   One Embarcadero Center, Suite 720
13 San Francisco, CA 94111
   Telephone: (415) 277-7235
14 Facsimile: (415) 277-7238

15

16 Attorneys for Plaintiffs

17 Jessie A. Kohler (CA State Bar No. 179363)
   jkohler@winston.com
18 Emilie Woodhead (CA State Bar No. 240464)
   ewoodhead@winston.com
19 Winston & Strawn LLP
   333 South Grand Ave
20 Los Angeles, CA  90071-1543
   Telephone: 213-615-1700
21 Facsimile: 213-615-1750

22 Attorneys for Defendants

23

24

25

26

27

28

1  This Joint Stipulation is entered into by and between Plaintiffs Angela Salgado, Olaf
2  Winterton, Kristy Lafleur, Sara Barone, Toba Adina, Amanda Taula, and Matthew Harden and
3  Defendants Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. (collectively,
4  the "parties") by and through their attorneys of record:

5  IT IS HEREBY STIPULATED by and between the parties that the claims of Plaintiffs
6  Sara Barone and Toba Adina shall be dismissed with prejudice pursuant to Federal Rule of Civil
7  Procedure 41(a)(1), with each party to bear its own fees and costs.

Dated:  February 19, 2009     NICHOLS KASTER, LLP

s/ Charles G. Frohman (as authorized on February 19, 2009)
Charles G. Frohman, MN State Bar No. 386695
frohman@nka.com
(admitted *pro hac vice*)

Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted *pro hac vice*)

NICHOLS KASTER, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878

Jodi L. Collova, CA Bar. No. 261505
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

ATTORNEYS FOR PLAINTIFFS

/ / /
/ / /
/ / /
/ / /
/ / /

1  Dated: February 19, 2009    WINSTON & STRAWN, LLP

2

3                              s/ Emilie C. Woodhead_____
                                Joan B. Tucker Fife
                                jfife@winston.com
4                               Winston & Strawn LLP
                                101 California Street, Suite 3900
5                               San Francisco, CA 94111-5802

6                               Jessie A. Kohler
                                Emilie Woodhead
7                               jkohler@winston.com
                                ewoodhead@winston.com
8                               Winston & Strawn LLP
                                333 South Grand Ave
9                               Los Angeles, CA 90071-1543

10                              ATTORNEYS FOR DEFENDANT

11

12     **IT IS SO ORDERED.**

13  Date:  February 19, 2009

14                              _____
                                FRANK C. DAMRELL, JR.
15                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-