Paul J. Lukas (MN State Bar No. 22084X)
(admitted *pro hac vice*)
lukas@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-215-6870

Attorneys for Plaintiffs
Additional Counsel Listed on the Following Page

Joan B. Tucker Fife (CA State Bar No. 144572)
jfife@winston.com
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendants
Additional Counsel Listed on the Following Page

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Salgado, Olaf Winterton, Kristy Lafluer, Amanda Taula, and Matthew Harden, on behalf of themselves and classes of those similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>                    Defendants. | No. 2:08-CV-00795-FCD-KJM<br><br>**STIPULATION AND ORDER RE DISMISSAL OF PLAINTIFFS COLLECTIVE ACTION AND CLASS CLAIMS** |

Donald H. Nichols (MN State Bar No. 78918)
nichols@nka.com
(admitted *pro hac vice*)
Charles G. Frohman (MN State Bar No. 0386695)
(admitted *pro hac vice*)
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-215-6870

Jodi L. Collova (CA State Bar No. 261505)
collova@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

ATTORNEYS FOR PLAINTIFFS


Jessie A. Kohler (CA State Bar No. 179363)
jkohler@winston.com
Emilie Woodhead (CA State Bar No. 240464)
ewoodhead@winston.com
Winston & Strawn LLP
333 South Grand Ave
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

ATTORNEYS FOR DEFENDANTS

| | | |
|---|---|---|
| 1 | This Joint Stipulation is entered into by and between Plaintiffs Angela Salgado, Olaf Winterton, Kristy Lafleur, Amanda Taula, and Matthew Harden and Defendants Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. (collectively, the "parties") by and through their attorneys of record: | |

This Joint Stipulation is entered into by and between Plaintiffs Angela Salgado, Olaf Winterton, Kristy Lafleur, Amanda Taula, and Matthew Harden and Defendants Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. (collectively, the "parties") by and through their attorneys of record:

IT IS HEREBY STIPULATED by and between the parties that Plaintiffs may file a Second Amended Complaint that removes all class and collective action allegations.

Dated: May 19, 2009

NICHOLS KASTER, LLP

s/ Jodi L. Collova
Jodi L. Collova, CA Bar. No. 261505
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

ATTORNEYS FOR PLAINTIFFS

Dated: May 19, 2009

WINSTON & STRAWN, LLP

s/
Emilie Woodhead
jkohler@winston.com
ewoodhead@winston.com
Winston & Strawn LLP
333 South Grand Ave
Los Angeles, CA 90071-1543

ATTORNEYS FOR DEFENDANT

**IT IS SO ORDERED.**

Dated: May 19, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE