IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELA SALGADO, et al.,

      Plaintiffs,                                No. CIV S-08-795 FCD KJM

     vs.

WELLS FARGO FINANCIAL, et al.,

      Defendants.                          <u>ORDER</u>

/

        The parties have filed a joint statement regarding a discovery dispute. The motion to compel was not noticed for hearing. Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        Plaintiffs' motion to compel (docket no. 49) is denied. This action is not proceeding as a class action but instead is proceeding on the individual claims of plaintiffs. As such, the discovery plaintiffs seek, i.e., time records of their co-workers and branch managers, is only marginally relevant to the claims raised herein. The proposal of defendants, to produce the names and last-known contact information of the branch employees who worked with plaintiffs,

/////

/////

1

1  and to disclose the time records of these employees only after consent is obtained, appropriately
2  balances the privacy interests of nonparties against the interest plaintiffs have in this discovery.
3  DATED: October 1, 2009.

_____
U.S. MAGISTRATE JUDGE

006
salgado.oah