1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Salgado, Olaf Winterton, Kristy Lafleur, Amanda Taula, and Matthew Harden, on behalf of themselves and classes of those similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br>Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance,<br><br>　　　　　　　　　Defendants. | **Case No. CIV.S-08-0795 FCD KJM**<br>**The Honorable Frank C. Damrell, Jr.**<br><br>**ORDER RE FILING DOCUMENTS UNDER SEAL** |

| | |
|---|---|
| 1 | Paul J. Lukas (MN State Bar No. 22084X) |
| | (admitted *pro hac vice*) |
| 2 | lukas@nka.com |
| | Donald H. Nichols (MN State Bar No. 78918) |
| 3 | (admitted *pro hac vice*) |
| | nichols@nka.com |
| 4 | Charles G. Frohman (MN State Bar No. 0386695) |
| | (admitted *pro hac vice*) |
| 5 | frohman@nka.com |
| | NICHOLS KASTER, PLLP |
| 6 | 80 S. 8th Street, Suite 4600 |
| | Minneapolis, MN 55402 |
| 7 | Telephone: 415-256-3200 |
| | Facsimile: 415-338-4878 |
| 8 | |
| | Jodi L. Collova (CA State Bar No. 261505) |
| 9 | collova@nka.com |
| | NICHOLS KASTER, PLLP |
| 10 | One Embarcadero Center, Suite 720 |
| | San Francisco, CA 94111 |
| 11 | Telephone: 415-277-7235 |
| | Facsimile: 415-277-7238 |
| 12 | |
| 13 | ATTORNEYS FOR PLAINTIFFS |
| 14 | |
| | Joan B. Tucker Fife (CA State Bar No. 144572) |
| 15 | jfife@winston.com |
| | WINSTON & STRAWN LLP |
| 16 | 101 California Street |
| | San Francisco, CA 94111-5802 |
| 17 | Telephone: 415-591-1000 |
| | Facsimile: 415-591-1400 |
| 18 | |
| | Emilie C. Woodhead (CA State Bar No. 240464) |
| 19 | ewoodhead@winston.com |
| | WINSTON & STRAWN LLP |
| 20 | 333 South Grand Ave |
| | Los Angeles, CA 90071-1543 |
| 21 | Telephone: 213-615-1700 |
| | Facsimile: 213-615-1750 |
| 22 | |
| 23 | ATTORNEYS FOR DEFENDANTS |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1   The parties' Joint Motion To File Documents Under Seal pursuant to Local Rule 39-141 came before this Court.

After considering all the papers filed regarding this application, the Court rules as follows:

IT IS HEREBY ORDERED:

1. The parties' Joint Motion To File Documents Under Seal is GRANTED; and

2. The following documents are placed under seal:

  (a)   Confidential Settlement Agreement and Release of Angela Salgado;

  (b)   Confidential Settlement Agreement and Release of Kristy Lafleur;

  (c)   Confidential Settlement Agreement and Release of Amanda Taula; and

  (d)   Confidential Settlement Agreement and Release of Matthew Harden.

IT IS SO ORDERED.

Dated:  December 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE