1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Salgado, Olaf Winterton, Kristy Lafleur, Amanda Taula, and Matthew Harden, on behalf of themselves and classes of those similarly situated,<br><br>                Plaintiffs,<br>   vs.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance,<br><br>                Defendants. | **Case No. CIV S-08-0795 FCD KJM**<br>**The Honorable Frank C. Damrell, Jr.**<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |

Paul J. Lukas (MN State Bar No. 22084X)
(admitted *pro hac vice*)
lukas@nka.com
Donald H. Nichols (MN State Bar No. 78918)
(admitted *pro hac vice*)
nichols@nka.com
Charles G. Frohman (MN State Bar No. 0386695)
(admitted *pro hac vice*)
frohman@nka.com
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: 415-256-3200
Facsimile: 415-338-4878

Jodi L. Collova (CA State Bar No. 261505)
collova@nka.com
NICHOLS KASTER, PLLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

ATTORNEYS FOR PLAINTIFFS

Joan B. Tucker Fife (CA State Bar No. 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: 415-591-1000
Facsimile: 415-591-1400

Emilie C. Woodhead (CA State Bar No. 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Ave
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

ATTORNEYS FOR DEFENDANTS

1

ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE
Case No. CV 08-0795 FCD

1  The Court has considered the parties' Joint Stipulation re Request for Approval of Settlement and Dismissal of Prejudice.  The Court has also carefully reviewed the terms of the Confidential Settlement Agreements and Releases (which have been filed under seal).

IT IS HEREBY ORDERED that the Court finds that the Confidential Settlement Agreements and Releases in this matter, and the terms and conditions contained therein, are fair, adequate, and reasonable, and were agreed to by all parties.  Therefore, the Court hereby APPROVES the settlement on the terms and conditions provided in the Confidential Settlement Agreements and Releases.

IT IS HEREBY FURTHER ORDERED that the Complaint and the claims of Plaintiffs Angela Salgado, Kristy Lafleur, Amanda Taula, and Matthew Harden are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  December 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE